AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:22-mj-00129 |
| Derek Sulenta | ) | Assigned to: Judge Faruqui, Zia M. |
| DOB: XXXXXX | ) | Assign Date: 6/6/2022 |
| | ) | Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) | (Entering and Remaining in a Restricted Building or Grounds), |
| 18 U.S.C. § 1752(a)(2) | (Disorderly and Disruptive Conduct in a Restricted Building or Grounds), |
| 40 U.S.C. § 5104(e)(2)(D) | (Disorderly Conduct in a Capitol Building), |
| 40 U.S.C. § 5104(e)(2)(G) | (Parading, Demonstrating, or Picketing in a Capitol Building). |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Tyler Novak, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 06/06/2022

*Judge's signature*

City and state: Washington, D.C.   Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*