**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>DEREK SULENTA<br>         Defendant. | Case No. 1:22-MJ-00129-ZMF-1 |

**DEFENDANT'S CONSENT TO PROTECTIVE ORDER**

    Defendant Derek Sulenta, by and through his counsel of record, Deputy Federal Public Defender Kelley Munoz, hereby files Defendant's Consent to the Protective Order terms in this matter.

                              Respectfully submitted,

                              CUAUHTEMOC ORTEGA
                              Federal Public Defender

DATED: September 7, 2022    By  */s/ Kelley Munoz*
                              KELLEY MUNOZ
                              Deputy Federal Public Defender
                              (Bar No. 211583)
                              411 West Fourth Street, Suite 7110
                              Santa Ana, California  92701-4598
                              Telephone:  (714) 338-4500
                              (E-Mail:  Kelley_Munoz@fd.org)

## ATTACHMENT A

### Defendant's Acceptance

I have read this Protective Order and carefully reviewed every part of it with my attorney. I am fully satisfied with the legal services provided by my attorney in connection with this Protective Order and all matters relating to it. I fully understand this Protective Order and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Protective Order fully.

9-6-22
Date

DEREK SULENTA
Defendant